FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

03 SEP 11 AM 8: 14

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| RENAE GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 02-G-1630-S |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED

SEP 1 1 2003

MEMORANDUM OPINION

The plaintiff, Renae Glenn, brings this action pursuant to the provisions of section
205(g) of the Social Security Act (the Act), 42 U.S.C. § 405(g), seeking judicial review of a final
adverse decision of the Commissioner of Social Security (the Commissioner) denying her
application for a period of disability and disability insurance benefits under §§ 216(i) and 223 of
the Act.

Plaintiff protectively filed her application for benefits on October 10, 1997,
alleging disability commencing March 22, 1995, due to back pain.  The application was denied
initially and again by an administrative law judge (ALJ) on November 12, 1999.  The ALJ's
determination became the final decision of the Commissioner when the Appeals Council denied
plaintiff's request for review on April 30, 2002.

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether proper legal standards were applied. <u>Bloodsworth v. Heckler</u>, 703 F.2d 1233 (11th Cir. 1983). The court has carefully reviewed the entire record in this case and is of the opinion that the Commissioner's decision is supported by substantial evidence and that proper legal standards were applied in reaching that decision. Accordingly, the decision of the Commissioner must be affirmed. A separate order in conformity with this memorandum opinion will be entered.

DONE and ORDERED this _10th_ day of September 2003.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.